In re Sylvas, Donald;—Plaintiff; Applying for Supervisory and/or Remedial *609 Writs, Parish of St. Tammany, 22nd Judicial District Court Div. C, No. 166-702; to the Court of Appeal, First Circuit, No. 2001-KW-1700.
Denied. Untimely, repetitive and not cognizable on collateral review. La. C.Cr.P. art. 930.8; La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; cf. La.C.Cr.P. art. 930.4(D).